PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CA SBN 216963
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ALEXANDER HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-1882 DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    Respectfully submitted this July 13, 2022.

Stip. to Remand; 2:21-cv-01882-DB

| | | |
|---|---|---|
| DATED: July 13, 2022 | | /s/ *Meghan O. Lambert*\* |
| | | (\*as authorized via e-mail on July 13, 2022) |
| | | MEGHAN O. LAMBERT |
| | | Attorney for Plaintiff |
| DATED: July 13, 2022 | | PHILIP. A. TALBERT |
| | | United States Attorney |
| | | PETER K. THOMPSON |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | /s/ *Mary Tsai* |
| | | MARY TSAI |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four;

2. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision;

3. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

4. This case is closed.

DATED: July 20, 2022                     /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-01882-DB